IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ETHAN R GORDON,

    Plaintiff,

v.                                                  CASE NO. 4:10-cv-00111-WS-GRJ

LEMON, et al,

    Defendants.

_____/

**O R D E R**

Pending before the Court is Defendant Woods' Motion for Enlargement of Time. (Doc. 36.) Counsel for Defendant Woods seeks an additional forty-five days to respond to Plaintiff's Second Amended Complaint in order to obtain and review documents relevant to this case before drafting an appropriate response. Counsel represents that she was unable to confer with Plaintiff, who is no longer incarcerated, as required by Local Rule 7.1(B)(1) because Plaintiff has not provided his phone number. Because there are a number of defendants, who have not been served, no undue delay or prejudice will result from the extension.

Accordingly, it is **ORDERED:**

Defendant Woods' Motion for Enlargement of Time (Doc. 36) is **GRANTED**. Defendant Woods shall file his response to the Complaint by **March 25, 2011.**

**DONE AND ORDERED** this 8th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge