IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ETHAN R. GORDON,

       Plaintiff,

v.                                                                                   4:10cv111-WS

P. LEMON, et al.,

       Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation (doc. 91) docketed August 21, 2012. The magistrate judge recommends that the defendants' motion for summary judgment be granted. The plaintiff has filed no objections to the report and recommendation.

       Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation (doc. 91) is ADOPTED and incorporated by reference into this order.

       2. The defendants' motion for summary judgment (doc. 77) is GRANTED.

       3. The clerk shall enter judgment stating: "This action is dismissed with prejudice."

DONE AND ORDERED this <u>  24th  </u> day of <u>   September   </u>, 2012.

<div style="margin-left: 2em;">
<u>s/ William Stafford</u><br>
WILLIAM STAFFORD<br>
SENIOR UNITED STATES DISTRICT JUDGE
</div>

Case No. 4:10cv111-WS